UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PETERSON,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>JOE LIZARRAGA, Warden of MCSP,<br><br>　　　　　　Respondent. | No. 2:17-cv-01693-GGH<br><br><br><br>ORDER |

Petitioner, proceeding in this action in pro se, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. section 1915. An examination of plaintiff's affidavit demonstrates that he is unable to finance the costs associated with this case and the court will, therefor GRANT his motion for in forma pauperis status.

As a result of the foregoing, IT IS HEREBY ORDERED that: Petitioner's Motion to proceed in forma pauperis is GRANTED.

**IT IS SO ORDERED**.

Dated: October 31, 2017

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1