8  UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | RICHARD PETERSON,  No. 2:17-cv-01693-GGH

12 |     Petitioner,

13 |   v.  ORDER

14 | JOE LIZARRAGA,

15 |     Respondent.

16

17     Petitioner, a state prisoner proceeding pro se, and after some delay occasioned by transfer of records, filed an application for a writ of habeas corpus on October 30, 2017, pursuant to 28 U.S.C. § 2254, ECF No. 1, and an application to proceed in forma pauperis. EC No. 2. The court has granted in forma pauperis status. ECF No. 15.

    Petitioner is currently confined in the Mule Creek State Prison which is within the Eastern District of California, but his conviction emanated from a judgment entered in the Superior Court for Kern County and his appeal was before the Fifth Circuit Court of Appeal. Therefore, the proper venue for the case is in the Fresno Division of this court where the records regarding petitioner's conviction, those related to his appeal to the Fifth District Court of Appeal are readily available.

////
////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall transfer this case to the Fresno Division of this court and close this file.

Dated: November 16, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE